IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE RICARDO RUIZ,

    Petitioner

    v.

CRAIG A. LOWE, *et al.*,

    Respondents

CIVIL NO. 4:CV-09-0749

(Judge Jones)

## **MEMORANDUM**

July 21, 2009

Petitioner Jose Ricardo Ruiz, formerly a detainee of the United States Immigration and Customs Enforcement ("ICE") Office, who was confined at the Pike County Prison in Lords Valley, Pennsylvania, initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to the provisions of 28 U.S.C. § 2241. Ruiz's Petition challenged his continued detention by ICE pending his removal to the Dominican Republic and sought immediate removal from custody.[1] (*See* Doc. 1).

Service of the Petition was directed by Order dated April 27, 2009. (Doc. 6). Respondents filed a Response to the Petition on May 26, 2009. (Doc. 14). The Response indicated that ICE officials expected to receive a new travel document for

---

[1] Significantly, Ruiz challenges only his detention pending removal, not his removal itself. *See Nguijol v. Mukasey*, 2008 WL 5047764, at *1 & n.2 (M.D. Pa. Nov. 24, 2008).

Ruiz by May 29, 2009 and had scheduled him on a June 10, 2009 J-PATS flight to the Dominican Republic. (*See id.* at 14).

On July 15, 2009, the Court was informed by the Pike County Prison that Ruiz was deported to the Dominican Republic on June 10, 2009. Because Ruiz has obtained the relief he sought in his Petition, namely, an immediate release from ICE custody, his Petition will be dismissed as moot. *See Nguijjol*, 2008 WL 5047764, at *1 n.2. An appropriate Order will enter.